UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENET BATISH, an individual, GULMIRA CHAKHALOVA, an individual, MARITES LEGASPI, an individual, MARJORIE ROBANCHO, and IRYNA SCHMIDT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JARDEN CORPORATION, a Delaware corporation, d/b/a as EX OFFICIO,<br><br>Defendant. | Case No.  2:16-cv-01639 RSL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

## STIPULATION

Plaintiffs Jenet Batish, Gulmira Chakhalova, Marites Legaspi, Marjorie Robancho, and Iryna Schmidt, and Defendant Jarden Corporation, A Delaware Corporation, d/b/a as Ex Officio, through their undersigned counsel, hereby, agree and stipulate that all claims, counterclaims, and issues in this matter relating to the Defendant be dismissed with prejudice and without an award of costs or attorney fees to any party.

**DATED** this **18th** day of **July**, 2017.

BADGLEY MULLINS TURNER PLLC

*/s/ Duncan C. Turner*
Duncan C. Turner, WSBA # 20597
19929 Ballinger Way NE, #200, Seattle, WA 98155

STIPULATION AND ORDER FOR DISMISSAL- 1
Case No.  2:16-cv-01639 RSL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

Telephone:  (206) 621-6566
Email: dturner@badgleymullins.com
**Attorneys for Plaintiff**

LAW OFFICE OF DANIEL R. WHITMORE

*/s/Daniel R. Whitmore*
Daniel R. Whitmore, WSBA No. 24012
2626 15th Ave W., #200, Seattle, WA 98119
Telephone: (206) 329-8400
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiffs**

FISHER & PHILLIPS, LLP

*/s/ Catharine Morisset*
Catharine M. Morisset, WSBA #29682
1201 3rd Ave, #2750, Seattle, WA 98101
Telephone: (206) 682-2308
Email: cmorisset@fisherphillips.com
**Attorney for Defendant**

## ORDER

THIS MATTER having come on for hearing on stipulation of the parties and the foregoing stipulation being adequate and the court deeming itself fully advised now, therefore it is hereby ORDERED that based upon the foregoing stipulation, that all claims, counterclaims, and issues between plaintiffs and defendants in this action are hereby dismissed with prejudice and without the award of costs or attorney fees to plaintiff and defendants.

**DATED** this 24th day of July, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

**STIPULATION AND ORDER
FOR DISMISSAL- 2
Case No.  2:16-cv-01639 RSL**

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686